898

M & C Brothers, Inc., Respondent, v Bradley W. Torum et al., Defendants. Tatiana Neroni, Esq., Nonparty Appellant.

Decided April 25, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Chief Judge Lippman taking no part.

Nella Manko, Appellant, v Elton Strauss et al., Respondents, et al., Defendants.

Submitted January 22, 2013; decided April 25, 2013

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as denied appellant's motion to renew her prior motion for poor person relief and for the assignment of counsel, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

Nella Manko, Appellant, v Shorefront Apartments, LLC, et al., Respondents.

Submitted March 4, 2013; decided April 25, 2013

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.